IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT RICHARD,

       Plaintiff,                   No. CIV S-05-2159 EFB

    vs.

CALIFORNIA ADMINISTRATION
INSURANCE SERVICES, INC., et al.,    ORDER

       Defendants.
_____/

    Plaintiff's request to extend time to file and serve the pretrial statement is hereby granted. The parties shall file a joint pretrial statement by April 6, 2007.

    IT IS SO ORDERED.

DATED: March 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE