THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD, | No. CIV S-05-2159 EFB |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA ADMINISTRATION INSURANCE SERVICES, INC.; CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, | |
| Defendants / | |

Pursuant to court order, a Pretrial Conference was held in the above-captioned case on May 2, 2007.  On May 22, 2007, the court issued a tentative pretrial order.  That order provided each party fifteen days in which to file objections or requests for augmentation.  No objections having been filed, the tentative pretrial order is now final.

The parties are reminded that pursuant to Federal Rule of Civil Procedure 16(e), this order shall control the subsequent course of this action and shall be modified only to prevent manifest injustice.

SO ORDERED.

DATED: June 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE