IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT RICHARD,

        Plaintiff,                No. CIV S-05-2159 EFB

    vs.

CALIFORNIA ADMINISTRATION
INSURANCE SERVICES, INC.;
CALIFORNIA ASSOCIATION OF      ORDER RE DISPOSITION AFTER
PROFESSIONAL FIREFIGHTERS,        NOTIFICATION OF SETTLEMENT

        Defendants.
_____/

        Pursuant to the representations of counsel for plaintiff, the above-captioned case has settled.

        The court now orders that dispositional documents are to be filed not later than twenty (20) days from the date of this order.

        All hearing dates set in this matter, including the bench trial set for August 21, 2007, are **VACATED.**

////

////

////

////

1

Case 2:05-cv-02159-EFB   Document 25   Filed 08/07/07   Page 2 of 2

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4  IT IS SO ORDERED.
5  DATED: August 7, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE